

# State of Connecticut Judicial Branch
## Civil and Family E-Services

| | | |
|---|---|---|
| E-Services Home | Attorney/Firm: ROBERT J DEICHERT (421663) | E-Mail: robert.deichert@ct.gov  Logout |

Civil / Family Menu

HHB-CV15-6028096-S  **GREAT PLAINS LENDING LLC Et Al v. STATE OF CONNECTICUT DEPARTMENT OF BANKING Et Al**

E-File a New Case

**Prefix/Suffix:** [none]  **Case Type:** A90  **File Date:** 01/23/2015  **Return Date:** 02/10/2015

E-File on an Existing Case
 By Docket Number
 By Party Name
 List My Cases

**Case Detail** | Notices | History | Processing ▶ | Scheduled Court Dates | Help Manual

To receive an email when there is activity on this case, click here.

Select Case Activity: [E-File a Pleading or Motion ▼] [Go]

Court Events
 By Date
 By Juris Number
 By Docket Number

Information updated as of: 04/01/2015

### Case Information

**Case Type:** A90 - Appeals - All other
**Court Location:** New Britain
**List Type:** ADMINISTRATIVE APPEALS (AA)
**Trial List Claim:** 01/23/2015
**Referral Judge or Magistrate:**
**Last Action Date:** 03/30/2015 (The "last action date" is the date the information was entered in the system)

Short Calendars
 Markings Entry
 Markings History
 My Short Calendars
 By Court Location
 Calendar Notices

My Shopping Cart (0)
My E-Filed Items

### Disposition Information

**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

Pending Foreclosure Sales

Search
 By Property Address

### Party & Appearance Information

| Party | | | No Fee Party |
|---|---|---|---|
| P-01 | GREAT PLAINS LENDING LLC | | |
| | Attorney: | ANTHONY JANNOTTA (411982)<br>1301 K STREET, NW<br>SUITE 600 EAST TOWER<br>WASHINGTON, DC 20005 | File Date: 01/23/2015 |
| | Attorney: | PHV BAZZAZIEH SABA 2/2/15 (436578)<br>ROSETTE LLP<br>1100 H STREET NW STE 400<br>WASHINGTON, DC 02005 | File Date: 01/26/2015 |
| | Attorney: | PHV ROSETTE ROBERT A 2/2/15 (436579)<br>565 W CHANDLER BLVD.<br>SUITE 212<br>CHANDLER, AZ 85225 | File Date: 01/26/2015 |
| | Attorney: NEW | ROBINSON & COLE LLP (050604)<br>280 TRUMBULL STREET<br>HARTFORD, CT 06103 | File Date: 03/23/2015 |
| P-02 | JOHN SHOTTON | | |
| | Attorney: | ANTHONY JANNOTTA (411982)<br>1301 K STREET, NW<br>SUITE 600 EAST TOWER<br>WASHINGTON, DC 20005 | File Date: 01/23/2015 |
| | Attorney: | PHV BAZZAZIEH SABA 2/2/15 (436578) | File Date: 01/26/2015 |

|  |  |  |
|---|---|---|
|  | ROSETTE LLP<br>1100 H STREET NW STE 400<br>WASHINGTON, DC 02005 |  |
| **Attorney:** | PHV ROSETTE ROBERT A 2/2/15 (436579)<br>565 W CHANDLER BLVD.<br>SUITE 212<br>CHANDLER, AZ 85225 | File Date: 01/26/2015 |
| **Attorney:**<br>NEW | ROBINSON & COLE LLP (050604)<br>280 TRUMBULL STREET<br>HARTFORD, CT 06103 | File Date: 03/23/2015 |

**P-03  CLEAR CREEK LENDING**

|  |  |  |
|---|---|---|
| **Attorney:** | ANTHONY JANNOTTA (411982)<br>1301 K STREET, NW<br>SUITE 600 EAST TOWER<br>WASHINGTON, DC 20005 | File Date: 01/23/2015 |
| **Attorney:** | PHV BAZZAZIEH SABA 2/2/15 (436578)<br>ROSETTE LLP<br>1100 H STREET NW STE 400<br>WASHINGTON, DC 02005 | File Date: 01/26/2015 |
| **Attorney:** | PHV ROSETTE ROBERT A 2/2/15 (436579)<br>565 W CHANDLER BLVD.<br>SUITE 212<br>CHANDLER, AZ 85225 | File Date: 01/26/2015 |
| **Attorney:**<br>NEW | ROBINSON & COLE LLP (050604)<br>280 TRUMBULL STREET<br>HARTFORD, CT 06103 | File Date: 03/23/2015 |

**D-01  STATE OF CONNECTICUT DEPARTMENT OF BANKING**

|  |  |  |
|---|---|---|
| **Attorney:** | JOHN AB LANGMAID (434418)<br>AG-FINANCE<br>55 ELM ST PO BOX 120<br>HARTFORD, CT 06141 | File Date: 01/26/2015 |
| **Attorney:** | ROBERT J DEICHERT (421663)<br>AG-SPECIAL LIT 2ND FL<br>55 ELM ST PO BOX 120<br>HARTFORD, CT 06141 | File Date: 01/26/2015 |

**D-02  HOWARD PITKIN**

|  |  |  |
|---|---|---|
| **Attorney:** | JOHN AB LANGMAID (434418)<br>AG-FINANCE<br>55 ELM ST PO BOX 120<br>HARTFORD, CT 06141 | File Date: 01/26/2015 |
| **Attorney:** | ROBERT J DEICHERT (421663)<br>AG-SPECIAL LIT 2ND FL<br>55 ELM ST PO BOX 120<br>HARTFORD, CT 06141 | File Date: 01/26/2015 |

**D-03  BRUCE ADAMS**

|  |  |  |
|---|---|---|
| **Attorney:** | JOHN AB LANGMAID (434418)<br>AG-FINANCE<br>55 ELM ST PO BOX 120<br>HARTFORD, CT 06141 | File Date: 01/26/2015 |
| **Attorney:** | ROBERT J DEICHERT (421663)<br>AG-SPECIAL LIT 2ND FL<br>55 ELM ST PO BOX 120<br>HARTFORD, CT 06141 | File Date: 01/26/2015 |

**Viewing Documents on Civil Cases:** Attorneys who have an appearance on the case can view pleadings, orders and other documents that are *paperless* by selecting the document link below. Any attorney

without an appearance on the case can look at court orders and judicial notices that are *electronic* on this case by choosing the link next to the order or selecting "Notices" from the tab at the top of this page and choosing the link to the notice on this website. Pleadings and other documents that are paperless can be viewed during normal business hours at any Judicial District courthouse and at many geographical area courthouses. Any pleadings or documents that are *not paperless* can be viewed during normal business hours at the Clerk's Office in the Judicial District where the case is. Some pleadings, orders and other documents are protected by court order and can be seen at the Clerk's Office in the Judicial District where the case is only by attorneys or parties on the case.

| Motions / Pleadings / Documents / Case Status | | | | |
|---|---|---|---|---|
| Entry No | File Date | Filed By | Description | Arguable |
| | 01/26/2015 | D | APPEARANCE<br>Appearance | |
| | 01/26/2015 | D | APPEARANCE<br>Appearance | |
| | 03/23/2015 | P | APPEARANCE NEW<br>Appearance | |
| 100.30 | 01/23/2015 | C | SUMMONS | No |
| 100.31 | 01/23/2015 | C | COMPLAINT | No |
| 101.00 | 01/23/2015 | P | MOTION FOR TEMPORARY INJUNCTION EXPARTE<br>RESULT: Order 3/20/2015 HON CARL SCHUMAN<br>Last Updated: Result Information - 03/20/2015 | No |
| 101.01 | 02/05/2015 | C | ORDER<br>RESULT: Order 2/5/2015 HON CARL SCHUMAN | No |
| 101.02 | 03/20/2015 | C | ORDER NEW<br>RESULT: Order 3/20/2015 HON CARL SCHUMAN | No |
| 102.00 | 01/23/2015 | C | CERTIFICATE OF CLOSED PLEADINGS AND CLAIM FOR TRIAL LIST | No |
| 103.00 | 01/23/2015 | P | CERTIFICATION OF SERVICE | No |
| 104.00 | 01/26/2015 | P | MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16<br>RESULT: Granted 1/26/2015 HON CARL SCHUMAN | No |
| 104.01 | 01/26/2015 | C | ORDER<br>RESULT: Granted 1/26/2015 HON CARL SCHUMAN | No |
| 105.00 | 01/26/2015 | P | MOTION FOR PERMISSION TO APPEAR PRO HAC VICE PB 2-16<br>RESULT: Granted 1/26/2015 HON CARL SCHUMAN | No |
| 105.01 | 01/26/2015 | C | ORDER<br>RESULT: Granted 1/26/2015 HON CARL SCHUMAN | No |
| 106.00 | 01/29/2015 | P | REQUEST TO CONFORM CASE INITIATION DATA ENTRY TO SUMMONS (JD-CL-96)<br>RESULT: Granted 1/29/2015 BY THE CLERK | No |
| 107.00 | 01/30/2015 | D | MOTION TO DISMISS PB 10-30<br>PRELIMINARY MOTION TO DISMISS WITH SUPPORTING MEMORANDUM | Yes |
| 108.00 | 01/30/2015 | D | MEMORANDUM IN OPPOSITION TO MOTION<br>OPPOSITION TO APPLICATION FOR TEMPORARY INJUNCTION | No |
| 109.00 | 02/27/2015 | P | AMENDED WRIT AND SUMMONS | No |
| 110.00 | 02/27/2015 | P | AMENDED COMPLAINT AS SERVED | No |
| 111.00 | 02/27/2015 | P | RETURN OF SERVICE | No |

| | | | | |
|---|---|---|---|---|
| 112.00 | 03/02/2015 | P | **OBJECTION**<br>Opposition to Defendant's Motion to Dismiss filed January 30, 2015 | No |
| 113.00 | 03/03/2015 | P | **AFFIDAVIT**<br>Declaration of Anthony Jannotta in Support of Plaintiffs' Opposition to Defendants' Motion to Dismis | No |
| 114.00 | 03/13/2015 | D | **OBJECTION TO REQUEST TO AMEND** | No |
| 115.00 | 03/20/2015 | D | **REPLY MEMORANDUM** *NEW*<br>IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS | No |
| 116.00 | 03/23/2015 | P | **MOTION FOR CONTINUANCE** *NEW*<br>(of Hearing scheduled for March 26, 2015) | No |
| 116.01 | 03/23/2015 | C | **ORDER** *NEW*<br>*RESULT:* Granted 3/23/2015 HON CARL SCHUMAN | No |
| 117.00 | 03/30/2015 | P | **WITHDRAWAL** *NEW*<br>(Application for Preliminary Injunction - No. 101) | No |

| Scheduled Court Dates as of 03/31/2015 | | | |
|---|---|---|---|
| HHB-CV15-6028096-S - GREAT PLAINS LENDING LLC Et Al v. STATE OF CONNECTICUT DEPARTMENT OF BANKING Et Al | | | |
| # Date | Time | Event Description | Status |
| 1   04/21/2015 | 10:00AM | Hearing | Proceeding |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Short Calendar and family support magistrate calendar matters are shown as scheduled court dates. If there are multiple motions on a single short calendar, the calendar will be listed once. You can see more information on matters appearing on short calendars and family support magistrate calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2015, State of Connecticut Judicial Branch